## Arlie J. Clark, Appellee, v. Arthur E. Gitterman, Appellant. Minnie E. Keller, Administratrix of Estate of Elmer L. Keller, Deceased, Appellee.

**Gen. No. 10,319.**

opinion filed April 21, 1949; rehearing denied July 28, 1949; released for publication August 1, 1949. Clarence W. Weyl, for appellant; O'Hern, Alloy & O'Hern, for appellee; Jay J. Alloy and Charles V. O'Hern, Jr., of counsel. Opinion by JUSTICE BRISTOW. Not to be published in full.